752

No. 393. PAPE *v.* UNITED STATES. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roy St. Lewis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 395. PERSONAL FINANCE Co. *v.* HADDEN. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Jackson R. Collins* for petitioner.

No. 396. NORTHERN PACIFIC RAILWAY Co. *v.* BIMBERG, SPECIAL ADMINISTRATRIX. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Minnesota denied. *Messrs. L. B. daPonte* and *Frederic D. McCarthy* for petitioner. *Mr. I. K. Lewis* for respondent.

No. 399. FAIRMONT CREAMERY Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 16, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Leonard A. Flansburg* for petitioner. *Solicitor General Fahy, Mr. Alvin J. Rockwell,* and *Miss Ruth Weyand* for respondent.

No. 402. FRANK ET AL. *v.* COUNTY OF SCOTTS BLUFF. October 16, 1944. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Thomas M. Morrow* and *Paul T. Miller* for petitioners. *Mr. Floyd E. Wright* for respondent.